UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLES ERIC HOPKINS (#88769)

VERSUS

ARWEN PEDESTA, ET AL

CIVIL ACTION

NO. 10-725-BAJ-SCR

## RULING

The Court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 26, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.[1]

Accordingly, the plaintiff's complaint shall be DISMISSED pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i) and without prejudice to any state law claim.

Baton Rouge, Louisiana, November 17, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Defendant did file a document prior to the deadline for the filing of objections (doc. 5), but the document does not address the findings of fact, conclusions of law, or recommendations set forth in the report and recommendation of October 26, 2010.