UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLES ERIC HOPKINS (#88769)

VERSUS

ARWEN PEDESTA, ET AL

CIVIL ACTION

NO. 10-725-BAJ-SCR

ORDER OF DISMISSAL

For the written reasons assigned and filed herein:

IT IS ORDERED that the complaint filed by defendant Charles Eric Hopkins (doc.1), is **DISMISSED** pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i) and without prejudice to any state law claim.

Baton Rouge, Louisiana, November 17, 2010.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA